IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CANTALOUPE, INC.,<br>   *Plaintiff* : | CIVIL ACTION |
| v. : | |
| AXIS INSURANCE COMPANY, :<br>   *Defendant* : | No. 22-030 |

## ORDER

AND NOW, this 28th day of November, 2023, upon consideration of Axis Insurance Company's Motion for Summary Judgment (Docs. No. 28, 50),[1] all responses and replies thereto, oral argument heard on September 15, 2023, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion (Docs. No. 28, 50) is **GRANTED** as to Counts II and III and **DENIED** as to Count I.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Axis filed a second, identical motion for summary judgment (Doc. No. 50) to comply with this Court's Order denying Axis's Motion to Seal.