IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CANTALOUPE, INC., *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| AXIS INSURANCE COMPANY, *Defendant* | : : : | No. 22-030 |

## ORDER

**AND NOW**, this 11th day of January, 2024, upon consideration of Axis Insurance Company's Motion for Reconsideration (Doc. No. 57), Cantaloupe, Inc.'s Response in Opposition (Doc. No. 58), and Axis Insurance's Reply (Doc. No. 59), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion (Doc. No. 57) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE