**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CANTALOUPE, INC.,** | **CIVIL ACTION** |
| *Plaintiff*, | **NO.: 2:22-030** |
| v. | **Judge Gene E.K. Pratter** |
| **AXIS INSURANCE COMPANY,** | |
| *Defendant*. | |

**STIPULATION OF DISMISSAL WITH
PREJUDICE [FRCP 41(A)]**

## STIPULATION OF DISMISSAL

Plaintiff Cantaloupe, Inc. and Defendant AXIS Insurance Company hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Date:  May 7, 2024

| | |
|---|---|
| **LeVAN STAPLETON SEGAL COCHRAN LLC**<br><br>By:  /s/ *Eli Segal*<br>Eli Segal, PA. ID 205845<br>1760 Market Street, Suite 403<br>Philadelphia, PA 19103<br>215.402.6555<br>esegal@levanstapleton.com<br><br>**AFFELD ENGLAND & JOHNSON LLP**<br>Brian R. England (*pro hac vice*)<br>2049 Century Park East, Suite 2460<br>Los Angeles, CA 90067<br>bre@aejlaw.com<br><br>*Attorneys for Plaintiff Cantaloupe, Inc.* | **WERNER, AHARI, MANGEL**<br><br>By:  */s/* Gabriela Richeimer<br>   Gabriela Richeimer (*pro hac vice*)<br>   800 Connecticut Avenue, NW, Suite 300<br>   Washington, D.C. 20006<br>   Telephone:  202-599-1030<br>   GRicheimer@wam.law<br><br>**KLEINBARD LLC**<br>Robert Bodzin<br>Three Logan Square<br>1717 Arch Street<br>Philadelphia, PA  19103<br>Tel.: 215.496.7242<br>Fax: 215.568.0140<br>rbodzin@kleinbard.com<br><br>*Attorneys for Defendant AXIS Insurance Company* |